Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026
Email: ahren.tiller@blc-sd.com

Abbas Kazerounian (SBN: 249203)
Kazerouni Law Group, APC
245 Fischer Avenue, Ste. D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
Email: ak@kazlg.com

Attorneys for Plaintiff
GULLIERMO ESPINOZA,
Individually and On Behalf of
All Others Similarly Situated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ESPINOZA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> WALMART INC.; GREEN DOT CORPORATION; GREEN DOT BANK DBA BONNEVILLE BANK; and DOES 1-50; inclusive, <br><br> Defendants. | Case No.: 3:19-cv-01972-MMA-RBB <br><br> **CLASS ACTION** <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the plaintiff Guillermo Espinoza ("Plaintiff") voluntarily dismisses the above-captioned action in its entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 17, 2020                    **KAZEROUNI LAW GROUP, APC**

By: /s/ Jason A. Ibey
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523