| | |
|---|---|
| **From:** | utd_enotice@utd.uscourts.gov |
| **To:** | CASDdb_interdistricttransfer_casd |
| **Subject:** | Transferred case has been opened |
| **Date:** | Wednesday, June 17, 2020 4:03:51 PM |

CASE: 3:19-cv-01972

DETAILS: Case transferred from California Southern has been opened in District of Utah as case 2:20-cv-00383, filed 06/17/2020.